UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CRAYTON, JR., aka LAWRENCE EDWARD CRAYTON, JR., aka LAWRENCE EDWIN CRAYTON, JR., aka MANNY HARRIS, aka ALEX WINTERS, aka TERRELL MASON, <br><br> Petitioner, <br><br> vs. <br><br> J.L. NORWOOD, (Warden) <br><br> Respondent. | Case No. CV 08-5619-RC <br><br> JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of jurisdiction.

DATED:  April 21, 2009

/S/ ROSALYN M. CHAPMAN
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-5619.jud
4/21/09